IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRY MEINHOLDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:17-cv-383-GMB |
| ) | |
| HARTFORD INSURANCE COMPANY ) | |
| OF THE MIDWEST, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This cause is before the court on the Parties' Joint Stipulation of Dismissal. Doc. 22. For good cause shown, it is hereby ORDERED that the case is dismissed with prejudice, each party to bear its own costs.

DONE this 6th day of September, 2018.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE